1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    ERIC V. KERSTEN, Bar #226429
     Assistant Federal Defender
3    2300 Tulare Street, Suite 330
     Fresno, California  93721-2226
4    Telephone: (559) 487-5561

5    Attorney for Defendant
     MICHAEL LYNN LEYDER
6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            )    No. 1:09-cr-00209 LJO
                                          )
12                      Plaintiff,        )    STIPULATION TO CONTINUE STATUS
                                          )    CONFERENCE AND
13          v.                            )    ORDER THEREON
                                          )
14   MICHAEL LYNN LEYDER,                 )    Date:  July 28, 2009
                                          )    Time:  8:30 a.m.
15                      Defendant.        )    Judge: Hon. Lawrence J. O'Neill
                                          )
16                                        )
                                          )
17   _____)

18          IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19   DAVID L. GAPPA, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal

20   Defender, counsel for Defendant MICHAEL LYNN LEYDER, that the date for status conference may be

21   continued to July 28, 2009, or the soonest date thereafter that is convenient to the court.  **The date**

22   **currently set for status conference is July 17, 2009.  The requested new date is July 28, 2009 at 8:30**

23   **a.m..**

24          The parties are near a resolution of the case but the negotiations will not be  completed by July 17,

25   2009.  This continuance is requested to allow time for further investigation and to complete the

26   negotiations.  It is anticipated that Mr. Leyder will enter a plea agreement on July 28, 2009.

27          The parties agree that the delay resulting from the continuance shall be excluded as necessary for

28   effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the

ends of justice served by the granting of the requested continuance outweigh the interests of the public and

the defendant in a speedy trial.

LAWRENCE G. BROWN
Acting United States Attorney

DATED: July 15, 2009                    By /s/ David L. Gappa
                                            DAVID L. GAPPA
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: July 15, 2009                    By /s/ Eric V. Kersten
                                            ERIC V. KERSTEN
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            MICHAEL LYNN LEYDER

## O R D E R

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.

§§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:    July 15, 2009                        /s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE